IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Stepan Bruger and Dmytro Bruger,

Plaintiffs,

v.

Olero, Inc., EMB Group, Inc., Oleg Romanyuk, and Eugeny Minochkin,

Defendants,

Case No. 19 C 2277

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiffs Stepan Bruger in the amount of $7,538.83 and against defendants Olero, Inc. and Oleg Romanyuk, joint and severally and in favor of Dmytro Bruger in the amount of $7,870.00 and against defendants Olero, Inc. and Oleg Romanyuk.

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

☐ in favor of defendant and against plaintiff

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 8/22/2025.

Date: 8/22/2025                                  Thomas G. Bruton, Clerk of Court

                                                 Amanda Scherer, Deputy Clerk